United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16491-jkf
John R. Griffith                                                      Chapter 13
Evelyn Griffith
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1              Date Rcvd: Jan 16, 2020
                             Form ID: trc              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
14027220        +Wilmington Savings Fund Society, FSB, as Trustee,    c/o Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,   Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor John R. Griffith brad@sadeklaw.com,  bradsadek@gmail.com
          BRAD J. SADEK    on behalf of Joint Debtor Evelyn  Griffith brad@sadeklaw.com,  bradsadek@gmail.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS
           TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16491-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

John R. Griffith
15112 Endicott Street
Philadelphia PA 19116

Evelyn Griffith
15112 Endicott Street
Philadelphia PA 19116

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/15/2020.

Name and Address of Alleged Transferor(s):

Claim No. 14: Wilmington Savings Fund Society, FSB, as Trustee, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB
c/o AMIP Management
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA 90740

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/18/20

Tim McGrath
**CLERK OF THE COURT**