**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| John R Griffith | : | |
| Evelyn Griffith | : | Bankruptcy Case No.: 17-16491JKF |
| | : | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the <u>Motion to Modify Chapter 13 Plan</u> filed at docket number 52 <u>Supplemental Application for Compensation</u> filed at docket number 58.

DATED: June 24, 2020         BY:  */s/ Brad J. Sadek*
                             Brad J. Sadek, Esq.
                             Sadek and Cooper Law Offices
                             1315 Walnut Street, Suite 502
                             Philadelphia, PA 19107
                             215-545-0008
                             Attorney for Debtors