**Fill in this information to identify the case:**

Debtor 1     John R. Griffith

Debtor 2     Evelyn Griffith

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number :    17-16491

# Official Form 410S1

## Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | <u>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A</u> | **Court claim no.** (if known): | <u>14</u> |
| **Last 4 digits** of any number you use to identify the debtor's account: | <u>9117</u> | **Date of payment change:** Must be at least 21 days after date of this notice | <u>01/01/2020</u> |
| | | **New total payment:** Principal, interest, and escrow, if any | <u>$1,267.19</u> |

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    [ ] No

    [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
    Describe the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment: $<u>416.32</u>**          **New escrow payment: $<u>405.83</u>**

### Part : 2  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    [X] No

    [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    **Current interest rate:**                          **New interest rate:**
    **Current Principal and interest payment:**         **New principal and interest payment:**

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    [X] No

    [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
    Reason for change:
    **Current mortgage payment:**                       **New mortgage payment:**

| Debtor 1 | John R. Griffith | | | Case number (if known) | 17-16491 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/S/ Julian Cotton  
Signature

Date 11/26/2019

| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __26th__ day of November, 2019.

/S/ Julian Cotton

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 17-16491)

Debtor
John R. Griffith
15112 Endicott Street
Philadelphia, PA 19116

Co-Debtor
Evelyn Griffith
15112 Endicott Street
Philadelphia, PA 19116

Attorney
BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Trustee
SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Case 17-16491-jkf    Doc    Filed 11/26/19    Entered 11/26/19 10:44:55    Desc Main
Document    Page 5 of 6

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

CARRINGTON MORTGAGE SERVICES, LLC
P.O. BOX 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

JOHN R GRIFFITH
EVELYN GRIFFITH
15112 ENDICOTT ST
PHILADELPHIA          PA 19116

DATE: 10/18/19

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING JANUARY,2019 AND ENDING DECEMBER, 2019.  IF YOUR LOAN WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF JANUARY, 2019 IS ---

```
PRIN & INTEREST              861.36
ESCROW PAYMENT               315.68
SHORTAGE PYMT                100.64
TOTAL                      1,277.68
```

| MONTH | -- PAYMENTS TO ESCROW -- | | -- PAYMENTS FROM ESCROW -- | | | | -- ESCROW BALANCE -- | | |
|---|---|---|---|---|---|---|---|---|---|
| | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | PRIOR | PROJECTED | ACTUAL |
| | | | | STARTING BALANCE = = = > | | | | 3788.25 | 1460.65- |
| JAN | 315.68 * | | 1510.00 * | HAZARD INS | | | | 2593.93 | 1460.65- |
| FEB | 315.68 * | 569.55 | 2278.25 * | CITY TAX | 2372.49 | CITY TAX | | 631.36 TLP | 3263.59- ALP |
| MAR | 315.68 * | 379.70 | | | | | | 947.04 | 2883.89- |
| APR | 315.68 * | 569.55 | | | | | | 1262.72 | 2314.34- |
| MAY | 315.68 * | | | | | | | 1578.40 | 2314.34- |
| JUN | 315.68 * | 379.70 | | | | | | 1894.08 | 1934.64- |
| JUL | 315.68 * | 189.85 | | | | | | 2209.76 | 1744.79- |
| AUG | 315.68 * | 606.17 | | | | | | 2525.44 | 1138.62- |
| SEP | 315.68 * | 792.65 | | | | | | 2841.12 | 345.97- |
| OCT | 315.68 | E | | | | | | 3156.80 | 345.97- |
| NOV | 315.68 | E | | | | | | 3472.48 | 345.97- |
| DEC | 315.68 | E | | | | | | 3788.16 | 345.97- |
| TOT | 3788.16 | 3487.17 | 3788.25 | | 2372.49 | | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE (TLP) WAS $631.36.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $3,263.59-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

| 08/17 | $338.92 | 09/17 | $338.92 | 10/17 | $2,847.75 * |
|---|---|---|---|---|---|

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING JANUARY,2020 AND ENDING DECEMBER,2020.

-------------------- **PROJECTED PAYMENTS FROM ESCROW - JANUARY,2020 THROUGH DECEMBER,2020** -------------

```
HOMEOWNERS INSU              1,763.00
CITY TAX                     2,372.49

TOTAL                        4,135.49
PERIODIC PAYMENT TO ESCROW     344.62    (1/12 OF "TOTAL FROM ESCROW")
```

------------------ **PROJECTED ESCROW ACTIVITY - JANUARY,2020 THROUGH DECEMBER,2020** ----------------------

| MONTH | ---- PROJECTED PAYMENTS -- | | | -- ESCROW BALANCE COMPARISON -- | |
|---|---|---|---|---|---|
| | TO ESCROW | FROM ESCROW | DESCRIPTION | PROJECTED | REQUIRED |
| | | ACTUAL STARTING BALANCE = = = > | | 3,400.91 | 4,135.49 |
| JAN,20 | 344.62 | 1,763.00 | HOMEOWNERS INSU | 1,982.53 | 2,717.11 |
| FEB,20 | 344.62 | 2,372.49 | CITY TAX | 45.34- ALP | 689.24 RLP |
| MAR,20 | 344.62 | | | 299.28 | 1,033.86 |
| APR,20 | 344.62 | | | 643.90 | 1,378.48 |
| MAY,20 | 344.62 | | | 988.52 | 1,723.10 |
| JUN,20 | 344.62 | | | 1,333.14 | 2,067.72 |
| JUL,20 | 344.62 | | | 1,677.76 | 2,412.34 |
| AUG,20 | 344.62 | | | 2,022.38 | 2,756.96 |
| SEP,20 | 344.62 | | | 2,367.00 | 3,101.58 |
| OCT,20 | 344.62 | | | 2,711.62 | 3,446.20 |
| NOV,20 | 344.62 | | | 3,056.24 | 3,790.82 |
| DEC,20 | 344.62 | | | 3,400.86 | 4,135.44 |

**** CONTINUED ON NEXT PAGE ****

```
------------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ---------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN YOU HAVE AN ESCROW SHORTAGE....                         YOUR ESCROW SHORTAGE IS....         734.58- *
* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM January 1, 2020.

IF YOU CHOOSE TO PAY THE ESCROW SHORTAGE IN FULL IN A LUMP SUM PRIOR TO THE EFFECTIVE PAYMENT DATE, YOUR MONTHLY
PAYMENT WILL BE REDUCED BY THE MONTHLY SHORTAGE PAYMENT AMOUNT.

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $0.00.


----------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT -----------------------------------
                        PRIN & INTEREST                861.36 *
                        ESCROW PAYMENT                 344.62
                        SHORTAGE PYMT                   61.21
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE  01/01/20  ==>        1,267.19

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $631.37.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $689.24.

    YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
    THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
```

**Escrow payments up to escrow analysis effective date:**
```
04/19     $416.32         05/19     $416.32         06/19     $2,914.24*
```

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.